RECEIVED

2019 DEC 18 PM 3:07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ernest Calvino Jr

Write the full name of each plaintiff.

19 CV 11666

____CV_____
(Include case number if one has been assigned)

-against-

Holyoke City
Massachusetts

**COMPLAINT**

Do you want a jury trial?
☑ Yes  ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Misleading me and other, corruption_

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Ernest Calvino_ (Plaintiff's name), is a citizen of the State of

_New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Holyoke City__, is a citizen of the State of
(Defendant's name)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Ernest__  __Jr__  __Calvino__
First Name    Middle Initial    Last Name

__3600 ~~Avenue~~ Jerome Avenue__
Street Address

__Bronx__        __NY__        __10467__
County, City     State          Zip Code

_____        _____
Telephone Number                Email Address (if available)

B. **Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _____
First Name           Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State           Zip Code

Defendant 2: _____
First Name           Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State           Zip Code

Defendant 3: _____
First Name           Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State           Zip Code

Defendant 4: _____
                First Name                Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City              State            Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: __City hall and Holyoke Court__

Date(s) of occurrence: __Dif. Dates__

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I went to a few times to city hall in holyoke asking if I had a bussnes under my name, I ask if I was married there because i am a victem of ID theft because Annonimous witness said that i had Bussnes and that I was married there they say that there was nothing under my name, De They denied acces to holyoke Ditrict court because they dont want cellphone inside court that happend 2 time or more, in a different ocations I went inside the cleack office asking if I was sue in that court they told me that there nothing there, that they dont see nothing on the computer with me name

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Emotiona Distress

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Money, Estimate Value pending Justice + my Asset, tranfer of civil Document to the United States District court, Southern District of New york

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 12/18/2019 | Ernest Calvino |
|---|---|
| Dated | Plaintiff's Signature |

| Ernest | Jr | Calvino |
|---|---|---|
| First Name | Middle Initial | Last Name |

3600 Jerome Avenue
Street Address

| Bronx | NY | 10467 |
|---|---|---|
| County, City | State | Zip Code |

_____   _____
Telephone Number           Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.